UNITED STATES OF AMERICA DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| The Said United States, ex rel Michael Joseph Kearns, the man | **SA-14-CV-0027-DAE** |
| | Case No. 14-50097 |
| | Court of Appeals, Fifth Circuit |
| v. | one supreme Court |
| | Case No. 14-001-MJK |
| The UNITED STATES OF AMERICA, The State of Texas, the County of Williamson, et al, all above are Agents for the man, Michael Joseph Kearns, to provide "essential governmental duties" | Williamson County Texas, Case No. 13-03809-1 |

### NOTICE OF APPEAL

Michael Joseph Kearns, as one of the People of the United States, currently living on the land of the United States, more specifically, Texas, hereby gives his NOTICE OF APPEAL, and takes the Appeal under UNITED STATES OF AMERICA FIFTH CIRCUIT COURT OF APPEALS CASE NUMBER 14-5009.

BY ORDER OF THE COURT
FOR THE COURT

*Michael Joseph Kearns* [signature]

Michael Joseph Kearns, Judge, and the man, currently living on the land of the United States, as one of the people of the United States
c/o 9739 Hidden Falls
San Antonio   78250
Texas   United States